United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 15-18409-amc
Tamara Kogan                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Aug 16, 2019
                              Form ID: 138NEW           Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
```
db             +Tamara Kogan,    2055 Roselyn Drive,    Feasterville Trevose, PA 19053-2428
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC  29603-0826
13636622       +Absolute Resolution Corp.,    6602 El Caljon Blvd., Ste 2,    San Diego, CA 92115-2875
13679838        American Express Centurion Bank,    c o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA 19355-0701
14232129       +Chalet Properties III, LLC,    c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,
                 Irving, TX 75038-2480
13705451        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13636625       +Citimortgage,    Citimortgage Inc/Attn: Bankruptcy.,    PO Box 6030,    Sioux Falls, SD 57117-6030
13636626       +Clear Spring Loan Serv,    18451 N Dallas Pkwy Ste,    Dallas, TX 75287-5202
13636628       +Dsnb Bloomingdales,    Macy's Bankruptcy Dept.,    PO Box 8053,    Mason, OH 45040-8053
13636629       +Dsnb Macys,    Macys Bankruptcy Department,    PO Box 8053,    Mason, OH 45040-8053
13772296        Federal National Mortgage Association,    (Fannie Mae),    creditor c/o Seterus, Inc.,
                 PO Box 1047,    Hartford, CT 06143-1047
13636630       +Frederic Weinberg, Esq.,    1001 E. Hector Street, Ste 220,    Conshohocken, PA 19428-2395
13636631       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13652700       +Lower Southampton Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
                 546 Wendel Rd.,    Irwin, PA 15642-7539
13636632       +Lower Southampton Township,    c/o Keystone Collection 499,    Po Box 499,    Irwin, PA 15642-0499
13636634       +Powers, Kirn & Javardian, LLC,    Gregory Javardian, Esq.,    1310 Industrial Blvd, Ste 101,
                 Southampton, PA 18966-4030
13900632        THE BANK OF NEW YORK MELLON FKA THE BANK,    OF NEW YORK, AS TRUSTEE OR THE,
                 CERTIFICATEHOLDERS OF THE CWALT, TRUST,    2006-43CB,,    C/O Shellpoint Mortgage Servicing,
                 PO BOX 10826   Greenville, SC 29603
13885906        The Bank of NY Mellon,    c/o Jeremy J. Kobeski, Esq.,    Phelan Hallinan Diamond & Jones LLP,
                 1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103
13636637       +Visa Dept. Stores,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 17 2019 02:50:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2019 02:49:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2019 02:50:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2019 02:57:26     Absolute Resolutions Corp.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13710701        E-mail/Text: bkcy@collectlaw.com Aug 17 2019 02:49:56     Absolute Resolution Corp.,
                 C/O KMT Group, LLC,    2701 Middle Country Road Ste. 8,    Lake Grove, NY 11755-2117
13636623       +E-mail/Text: notices@burt-law.com Aug 17 2019 02:50:40     American Express Centurion Bank,
                 c/o Derek Blasker, Esquire,    1060 Andrew Dr., Ste 170,    W. Chester, PA 19380-5601
13636624       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 17 2019 02:56:55     Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
13712448        E-mail/Text: bankruptcy.bnc@ditech.com Aug 17 2019 02:49:11     Ditech Financial LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154
13636627       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 17 2019 02:49:11     Ditech Financial Llc,
                 Po Box 6172,    Rapid City, SD 57709-6172
13636633       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2019 02:56:59     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13644015        E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2019 02:57:27
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13636635       +E-mail/Text: jennifer.chacon@spservicing.com Aug 17 2019 02:50:44
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chalet Properties III, LLC
cr*            +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
13636636*      +Tamara Kogan,    2055 Roselyn Drive,    Feasterville Trevose, PA 19053-2428
                                                                                           TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Aug 16, 2019
                              Form ID: 138NEW           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          JEREMY JOHN KOBESKI    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com
          JILL   MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JILL   MANUEL-COUGHLIN    on behalf of Creditor    Federal National Mortgage Association
           jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JOHN L. MCCLAIN    on behalf of Debtor Tamara  Kogan aaamcclain@aol.com,  edpabankcourt@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                         TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Tamara Kogan
    Debtor(s)

Bankruptcy No: 15−18409−amc
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 8/16/19

71 − 70
Form 138_new